UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:25-CR-00173 |
| v. | DISTRICT JUDGE EDWARDS |
| CHANDRAKANT PATEL (01),<br>CHAD DOYLE (02), and<br>MICHAEL SLANEY (03) | MAGISTRATE JUDGE PEREZ-MONTES |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, by virtue of the terms and conditions of the plea agreements of the defendants, **Chandrakant Patel aka "Lala," Chad Doyle, and Michael Slaney aka "Freck,"** the United States is now entitled to possession of all of defendant's rights, title and interest in the following assets:

**Chandrakant Patel aka "Lala":**

a) First Federal Bank of Louisiana account x0076;

b) First Federal Bank of Louisiana account x0116;

c) First Federal Bank of Louisiana account x5132;

d) Sabine State Bank account x1542;

e) JP Morgan Chase Bank account x1556;

f) JP Morgan Chase Bank account x9941;

g) JP Morgan Chase Bank account x8469;

h) JP Morgan Chase Bank account x3164;

i) First Federal Bank, Safe Deposit Box No. 64, account x1959, including, but not limited to:

i. Yellow Toned Necklace and 2 Earrings – 58250040-01
ii. 6 VALCAMBI SUISSE, 1-ounce Fine Gold Bars - 58250040-05
iii. 2 ARGOR-HERAEUS, 1-ounce Fine Gold Bars – 58250040-33
iv. 1 CREDIT SUISSE, 1-ounce Fine Gold Bar – 58250040-33
v. 1 PAMP SUISSE, 1-ounce Fine Gold Bar – 58250040-33
vi. 1 Elizabeth II $50 Canadian Coin- 58250040-33
vii. 1 Swiss Ingot, 1 gram layered 24k – 58250040-33
viii. 5 silver-Toned round coins – 58250040-06
ix. 1 square silver Toned coin – 58250040-06
x. 1 Perth Mint Australia, 1 ounce Gold Bar – 58250044-34
xi. 1 PAMP Suisse, 50-gram Fine Gold Bar – 58250044-34
xii. 1 Elemetal, 1 ounce Troy Gold Bar – 58250044-34
xiii. 1 Sunshine Minting, 1-ounce Gold Bar – 58250044-34
xiv. 2 Yellow Toned Bracelets – 58250040-10
xv. 1 Yellow Toned Braided Bracelet – 58250040-13
xvi. 4 Yellow Toned Charms – 58250040-14
xvii. 3 Yellow Toned Rings – 58250040-15
xviii. 1 Bracelet with 2 Toned Round Items – 58250040-16
xix. 1 Necklace with 2 Toned Round Items – 58250040-17
xx. 1 Necklace with 2 Toned Round Items – 58250040-18
xxi. 1 Necklace with 2 Earrings – 58250040-19
xxii. 1 Necklace with 2 Earrings – 58250040-20
xxiii. 1 Necklace with 2 Earrings – 58250040-21
xxiv. 1 Necklace with 2 Earrings – 58250040-22
xxv. 1 Bracelet (child-sized) – 58250040-23
xxvi. Yellow Toned Ring with Clear Stones – 58250040-24
xxvii. 2 Yellow Toned Necklaces – 58250040-25
xxviii. 1 Yellow Toned Braided Bracelet – 58250040-26
xxix. 4 Yellow Toned Bracelets (child-sized) – 58250040-27
xxx. 1 Necklace with 2 Earrings – 58250040-28
xxxi. 1 Necklace with 2 Earrings – 58250040-30
xxxii. 1 Necklace with 2 Earrings – 58250040-31
xxxiii. 3 Bracelets – 58250040-32
xxxiv. 4 sets Earrings – 58250040-32
xxxv. 3 Rings – 58250040-32
xxxvi. 1 Necklace (broken; child-sized) – 58250040-32
xxxvii. Loose Beads – 58250040-32

j) First Federal Bank of Louisiana, Certificate of Deposit x5376;

k) Real property with an address of 108 Toni Circle, Oakdale, Louisiana 71463;

l) Real property with an address of 511 W 7th Avenue, Oakdale, Louisiana 71463;

m) Real property with an address of 417 E Pelican Highway, Oakdale, Louisiana 71463;

n) Real property with an address of 1503 Highway 1153, Oakdale, Louisiana 71463;

o) Real property with an address of 502 W 7th Street, Oakdale, Louisiana 71463; and

p) 2021 Toyota Sienna Sport Van, gray in color, VIN: 5TDYRKEC6MS073710.

**Chad Doyle:**

a) Barksdale Federal Credit Union account x9202;

b) Barksdale Federal Credit Union account x9201;

c) Barksdale Federal Credit Union account x9221;

d) JP Morgan Chase Bank account x9750;

e) Barksdale Federal Credit Union, Safe Deposit Box No. 65; and

f) 2024 Polaris Ranger Side-by-Side, white in color, VIN: 3NSTAE991RH362770.

**Michael Slaney aka "Freck":**

a) La Capitol Federal Credit Union account x87-70;

b) Barksdale Federal Credit Union account x4901;

c) Barksdale Federal Credit Union account x4903;

d) Barksdale Federal Credit Union account x4921; and

e) Real property with an address of 0 Dr Brown Road, Lots 12 and 13, DeRidder, Louisiana 70634.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Based on the evidence set forth in the defendants' plea agreements, all rights, title and interest of the defendants, **Chandrakant Patel aka "Lala," Chad Doyle, and Michael Slaney aka "Freck,"** in the assets named above are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 982(a)(6)(a)(ii)(I) and 18 U.S.C. § 982(a)(6)(a)(I).

2. Upon entry of this Order, the United States Marshals Service, Homeland Security Investigations, Internal Revenue Service, and/or Federal Bureau of Investigation are authorized to seize said property on behalf of the United States, whether held by the defendant or by a third party and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

3. Pursuant to 18 U.S.C. § 982(a)(6)(a)(ii)(I) and 18 U.S.C. § 982(a)(6)(a)(I), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order and notice of the United States Marshals Service, Homeland Security Investigations, Internal Revenue Service, and/or Federal Bureau of Investigation's intent to dispose of the property in such manner as the

Attorney General may direct and notice that any person, other than the defendants, **Chandrakant Patel**, **Chad Doyle, and Michael Slaney**, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

All claims and answers must be filed with the Clerk, United States District Court, Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, Louisiana 71101, with a copy sent to Assistant United States Attorney J. Daniel Siefker, Jr., 800 Lafayette Street, Ste. 2200, Lafayette, Louisiana 70501.

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

Alexandria, Louisiana, this 2nd day of July 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE